UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTIAN ROSADO,              )
            Petitioner,   )
                               )   Civil Action No. 3:12-cv-30136-MAP
BRUCE GELB,                    )
            Respondent,   )

ORDER
May 17, 2013

PONSOR, D.J.

      Pursuant to the court's endorsed order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

      It is so ordered.

                        /s/Michael A. Ponsor
                        U.S. Distict Court Judge